Kuttner and Kuttner, Inc., Appellee, v. Career Studios, Inc., Defendant.
National Boulevard Bank of Chicago, Garnishee,
Appellant.

Gen. No. 45,473.

Ungaro & Sherwood, for appellant; Lewis G. Groebe, and Frank J. McLoraine, of counsel; Feinberg & Satin, for appellee; Max Satin, of counsel. Opinion by PRESIDING JUSTICE TUOHY. Not to be published in full. Opinion filed February 19, 1952; released for publication March 3, 1952.